UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>           Defendants. | Case No. 1:14-cv-00580-RRB<br><br>**<u>ORDER GRANTING MOTION<br>AT DOCKET 25</u>** |

At **Docket 25** Plaintiff Patricia A. McColm has moved for an order permitting her to file medical records attached as Exhibits to her motion at Docket 24. For good cause shown, the Request for Confidentiality and Order to File under Seal at **Docket 25** is hereby **GRANTED**.[1]

The Clerk of the Court is directed to file the medical records attached as Exhibits to the Motion at Docket 24 under seal.

**IT IS SO ORDERED** this 11th day of May, 2016.

                                                      S/ RALPH R. BEISTLINE<br>                                                      UNITED STATES DISTRICT JUDGE

---

[1] *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178–81 (9th Cir. 2006) (discussing in depth the difference in the standard for sealing documents filed in connection with non-dispositive motions and those filed in connection with dispositive motions).