# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants. | CASE No. 1:14-cv-00580-LJO-MJS (PC)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(ECF No. 35)** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On January 11, 2017, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 34.) On January 12, 2017, she filed a request to file under seal certain documents in support of her motion. (ECF No. 35.)

The Court finds good cause for permitting Plaintiff to file her medical records under seal. See Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178-81 (9th Cir. 2006) (discussing in depth the difference in the standard for sealing documents filed in connection with non-dispositive motions and those filed in connection with dispositive motions).

1

Accordingly, Plaintiff's motion is HEREBY GRANTED. The Clerk of the Court is directed to file the medical records attached as Exhibits to the Motion at ECF No. 35 under seal.

IT IS SO ORDERED.

Dated: January 19, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE