UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | CASE No. 1:14-cv-00580-LJO-MJS (PC)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 43)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initially was granted leave to proceed in forma pauperis in this action on May 8, 2014, pursuant to her status as an indigent prisoner. Thereafter, Plaintiff was released from prison. On March 4, 2015, the District Judge previously assigned to the case ordered Plaintiff to pay the remaining filing fee in full by April 3, 2015. (ECF No. 13.) On March 20, 2015, the District Judge ordered Plaintiff to pay the filing fee or submit a motion to proceed in forma pauperis for a non-prisoner. (ECF No. 19.)

Thereafter, Plaintiff sought and received several extensions of time. (ECF Nos. 14, 20, 22, 24.) Her most recent request for extension of time was denied on February 7,

1

2017. (ECF No. 41.) Plaintiff submitted the instant motion on March 13, 2017. (ECF No. 43.)

Despite the passage of nearly two years since Plaintiff was first ordered to submit her application to proceed in forma pauperis, the submission is deficient. It is unsigned and only the first of two pages of the form application was submitted. The motion contains insufficient information for the Court to make a reasoned determination on Plaintiff's request. The request will be denied without prejudice.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice;
2. The Clerk's Office shall send Plaintiff a blank application to proceed in forma pauperis for a non-prisoner;
3. Within **thirty days** of the date of this order, Plaintiff shall either pay the $400 filing fee in full or submit a **completed and signed** application to proceed in forma pauperis;
4. Failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated:   March 14, 2017                    /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE

2