UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE No. 1:14-cv-00580-LJO-MJS (PC)<br><br>**ORDER VACATING ECF NO. 44**<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 43)** |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 15, 2017, the Court issued an order denying Plaintiff's motion to proceed in forma pauperis without prejudice on the ground that it was incomplete and unsigned. (ECF No. 44.) However, these deficiencies appear to have resulted from a Clerk's Office docketing error that since has been corrected. (See ECF No. 45.) Plaintiff's application to proceed in forma pauperis is complete, is signed, and reflects that Plaintiff is unable to pay the fees for this action.

Based on the foregoing, it is HEREBY ORDERED that:

1

1. The Court's prior order (ECF No. 44) denying Plaintiff's motion to proceed in forma pauperis is VACATED; and

2. Plaintiff's motion to proceed in forma pauperis as a non-prisoner (ECF No. 43) is GRANTED.

IT IS SO ORDERED.

Dated: March 15, 2017     /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE