UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>   Defendants. | Case No. 1:14-cv-00580-LJO-JDP<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENT UNDER SEAL<br><br>(Doc. No. 68.) |

Plaintiff Patricia A. McColm is proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983 and the Americans with Disabilities Act. Plaintiff has requested to file a document under seal. (Doc. No. 68.)

In the Ninth Circuit, there is a "strong presumption in favor of access to court records." *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). However, the presumption is not absolute. *See id*. "Documents may be sealed only by written order of the Court, upon the showing required by applicable law." Local Rule 141. Upon a showing of good cause, the court may issue a protective order to prevent a party "from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c).

Here, plaintiff has asked to file a letter from a physician under seal. The court presumes that plaintiff is attempting to protect personal health information. *See* 45 C.F.R. Part 164. The

1

court will grant the motion (Doc. No. 68) and permit the letter to be filed under seal.  The presiding judge will decide how much weight to give the contents of the letter—or whether it is appropriate to consider it at all—upon his consideration of the objections to the pending findings and recommendations.

IT IS SO ORDERED.

Dated:     September 19, 2018                                  _____
                                                                                         UNITED STATES MAGISTRATE JUDGE